FILED

01/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0587

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 20-0587

STATE OF MONTANA,

   Petitioner,

v.

MONTANA EIGHTEENTH JUDICIAL
DISTRICT COURT GALLATIN COUNTY,
HONORABLE JOHN C. BROWN, Presiding,

   Respondent.

## ORDER

Upon consideration of Respondent's and Defendant's unopposed motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Respondent and Defendant are granted an extension of time to and including February 10, 2021, within which to prepare, file, and serve their response to the Petition.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 6 2021